# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKAL BRUSAMTONE MAKFARSAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD TRUMP,<br><br>　　　　　Defendant. | Case No.: 1:26-cv-01729-JLT-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 2, 7) |

Plaintiff seeks to hold defendants liable for violations of his civil rights. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge issued Findings and Recommendations that Plaintiff's application to proceed *in forma pauperis* be denied because Plaintiff has accrued three or more strikes and does not qualify for the imminent danger exception pursuant to 28 U.S.C. § 1915. (Doc. 7.) Plaintiff filed timely objections, which do not meaningfully address the magistrate judge's reasoning.[1] (Doc. 9.)

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this

---

[1] Plaintiff is incorrect that the magistrate lacks jurisdiction to make recommendations to the district judge, *see* 28 U.S.C. § 636(b)(1)(B) and Local Rule 302; the district judge retains authority to make dispositive determinations in this case.

case. Having carefully reviewed the matter, including the objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued March 9, 2026 (Doc. 7) are **ADOPTED** in full.

2. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. Plaintiff **SHALL** pay the full $405 filing fee for this action **within 30 days** of the date of service of this order. Failure to timely pay the filing fee will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:    **March 20, 2026**

UNITED STATES DISTRICT JUDGE